| | |
|---|---|
| 1 | S. FRANK HARRELL – SBN 133437 |
| | sharrell@lynberg.com |
| 2 | JESSE K. COX – SBN 285218 |
| | jcox@lynberg.com |
| 3 | CHARIESE R. SOLORIO – SBN 309753 |
| | csolorio@lynberg.com |
| 4 | **LYNBERG & WATKINS** |
| | A Professional Corporation |
| 5 | 1100 Town & Country Road, Suite 1450 |
| | Orange, California 92868 |
| 6 | (714) 937-1010 Telephone |
| | (714) 937-1003 Facsimile |
| 7 | |
| 8 | Attorneys for Defendants CITY OF FONTANA, FONTANA POLICE DEPARTMENT, and JOSHUA PATTY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RANDY CONAN; XYLINA CONAN, | CASE NO. 5:16-cv-01261 – KK |
| Plaintiffs, | *Assigned to Hon. Kenly Kiya Kato – Crtrm 4* |
| vs. | [~~PROPOSED~~] ORDER ON STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER |
| CITY OF FONTANA; JOSHUA PATTY; and DOES 1- 20, inclusive, sued in their official and Individual Capacities, | |
| Defendants. | *Complaint filed: June 10, 2016* |

# ORDER

Pursuant to the Stipulation of Defendants CITY OF FONTANA and JOSHUA PATTY, by and through their attorneys of record, Lynberg & Watkins, P.C., and Plaintiffs RANDY CONAN and XYLINA CONAN, by and through their attorney of record Law Offices of Marjorie Barrios, and good cause appearing, the Court adopts the parties' Stipulation as its Order. The Court's Protective Order shall be in effect as of December 08, 2016.

**IT IS SO ORDERED**.

DATED: December 08. 2016

By: _____
HON. KENLY KIYA KATO
U. S. MAGISTRATE JUDGE