**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT COURT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| RANDY CONAN; XYLINA CONAN,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHUA PATTY, et al.,<br><br>Defendants. | CASE NO. 5:16-cv-01261 - KK<br><br>**[**~~PROPOSED~~**] JUDGMENT**<br><br>*Trial: October 24, 2017*<br>*Complaint filed: June 10, 2016* |

On January 30, 2017, Plaintiffs Randy Conan and Xylina Conan filed the operative Third Amended Complaint against Defendants City of Fontana, Joshua Patty, Kurtis Schlotterbeck, Adam Clabaugh, Matthew Roth, Steven Bechtold, and Bradley Guith. Dkt. No. 40.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

On September 5, 2017, and by way of stipulation of the parties, Plaintiff Randy Conan voluntarily dismissed his Second Claim for Relief ("Unreasonable Search and Seizure—Denial of Medical Care (42 U.S.C. § 1983)"). Dkt. No. 114.

On October 3, 2017, former Defendants Kurtis Schlotterbeck, Adam Clabaugh, Matthew Roth, Steven Bechtold, and Bradley Guith were ordered dismissed from this action. Dkt. No. 156.

On October 6, 2017, the Court ordered bifurcation of trial such that Plaintiff Randy Conan's Third, Fourth, and Fifth Claims for Relief for "Municipal Liability" against the City of Fontana, Plaintiff Randy Conan's compensatory damages, amount of punitive damages, and Plaintiff Xylina Conan's Eighth Claim for Relief for "Loss of Consortium" would be tried only if Plaintiff Randy Conan achieved a unanimous verdict in his favor on his First Claim for Relief for "Excessive Force," Sixth Claim for Relief for "Battery," and/or Seventh Claim for Relief for "Negligence." Dkt. No. 158.

Phase I of this bifurcated action came on regularly for trial on October 24, 2017, in Courtroom 4 of the United States District Court, Central District of California, Eastern Division, located at 3470 Twelfth Street, Riverside, California, the Hon. Kenly Kiya Kato, presiding. Plaintiff Randy Conan appeared by attorneys Marjorie Barrios and Alfred R. Hernandez. Defendants Joshua Patty and the City of Fontana appeared by attorneys S. Frank Harrell and Jesse K. Cox. A jury of eight persons was regularly impaneled and sworn. Pursuant to this Court's order of October 6, 2017, Dkt. No. 158, the case proceeded with Phase I of trial limited to Plaintiff Randy Conan's First Claim for Relief for "Excessive Force" against Joshua Patty, Plaintiff Randy Conan's Sixth Claim for Relief for "Battery" against Joshua Patty, and Plaintiff Randy Conan's Seventh Claim for Relief for "Negligence" against Joshua Patty and the City of Fontana.

After hearing all of the evidence, the Court duly instructed the jury, and the cause was submitted to the jury. On October 30, 2017, the jury returned into Court

with a unanimous Special Verdict in favor of Defendants Joshua Patty and the City of Fontana as follows:

**QUESTION 1:**

Did Defendant Patty use excessive or unreasonable force against Plaintiff Randy Conan?

_____ YES      _____X_____ NO

*If you answered "Yes" to Question 1, please answer Question 2.*
*If you answer "No" to Question 1, please proceed to Question 4.*

**QUESTION 2:**

Was the use of excessive or unreasonable force by Defendant Patty a cause of Plaintiff Randy Conan's harm?

_____ YES      _____ NO

*If you answered "Yes" to Question 2, please answer Question 3.*
*If you answer "No" to Question 2, please proceed to Question 4.*

**QUESTION 3:**

Did Defendant Patty act with malice, oppression, or in reckless disregard of Plaintiff Randy Conan's Fourth Amendment rights?

_____ YES      _____ NO

*Please proceed to Question 4.*

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**QUESTION 4:**

Was Defendant Patty negligent in his conduct towards Plaintiff Randy Conan?

_____ YES    _____X_____ NO

*If you answered "Yes" to Question 4, please answer Question 5.*
*If you answered "No" to Question 4, please sign, date, and return the verdict form.*

**QUESTION 5:**

Was the negligence of Defendant Patty a cause of Plaintiff Randy Conan's harm?

_____ YES    _____ NO

*If you answered "Yes" to Question 5, please answer Question 6.*
*If you answered "No" to Question 5, please sign, date, and return the verdict form.*

**QUESTION 6:**

Was Plaintiff Randy Conan negligent?

_____ YES    _____ NO

*If you answered "Yes" to Question 6, please answer Question 7.*
*If you answered "No" to Question 6, please sign, date, and return the verdict form.*

**QUESTION 7:**

Was Plaintiff Randy Conan's negligence a cause of his harm?

_____ YES    _____ NO

*If you answered "Yes" to Question 7, please answer Question 8.*
*If you answered "No" to Question 7, please sign, date, and return the verdict form.*

/ / /
/ / /
/ / /

**QUESTION 8:**

Assuming that 100% represents the total negligence of all individuals who caused Plaintiff Randy Conan's harm, what percentage of negligence do you assign to the following?

Defendant Patty                      _____%

Plaintiff Randy Conan             _____%

    Total                            100%

*Please sign and date the verdict form and return it to the Court.*

Date: October 30, 2017              ▆▆▆▆▆▆▆▆

                                      Jury Foreperson

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

That Defendants Joshua Patty, the City of Fontana, Kurtis Schlotterbeck, Adam Clabaugh, Matthew Roth, Steven Bechtold, and Bradley Guith have Judgment entered in their favor, and that Plaintiffs Randy Conan and Xylina Conan take nothing by way of their operative Complaint against these Defendants;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

That this matter be, and hereby is, dismissed as to Defendants Joshua Patty, the City of Fontana, Kurtis Schlotterbeck, Adam Clabaugh, Matthew Roth, Steven Bechtold, and Bradley Guith with prejudice; and

That Defendants recover their costs of suit from Plaintiffs in accordance with applicable law.

**IT IS SO ORDERED**.

DATED: November 20, 2017

*/s/ Kenly Kiya Kato*

**HON. KENLY KIYA KATO**
United States Magistrate Judge

4834-5793-6979, v. 1